UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

................................................................................................x
COLETTE STROUDE, on behalf of herself and all others similarly situated,

                                                                    Civil Action No:
                                                                    1:24-cv-21

                                        Plaintiff,


-v.-
213 Restaurant Corp.




                                        Defendants.
................................................................................................x

**NOTICE OF SETTLEMENT**

Please take notice that parties have settled the above-referenced case. This settlement is

contingent upon the execution of a written settlement agreement. The case will be dismissed by

Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this

notice. Please vacate all currently scheduled dates in this matter.


DATED, this 22nd day of August, 2024

                                        */s/Mark Rozenberg*
                                        Mark Rozenberg, Esq.
                                        **Stein Saks, PLLC**
                                        One University Plaza
                                        Hackensack, NJ 07601
                                        Ph: 201-282-6500
                                        mrozenberg@steinsakslegal.com


1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on August 22, 2024 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Mark Rozenberg*
Mark Rozenberg, Esq.

3